

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-486-CV

REGINALD DALE PETERS                                    APPELLANT

V.

CAREY JOHNSON, CAREY JOHNSON                            APPELLEES
D/B/A DISCOUNT BAIL BONDS AND
DISCOUNT BAIL BONDS

------------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Reginald Dale Peters has filed a notice of appeal from a "hearing on October 31, 2008." It appears that the trial court has not signed a final judgment or appealable interlocutory order. On December 17, 2008, we notified Appellant that unless he or any other party desiring to continue the

---

[1] *See* Tex. R. App. P. 47.4.

appeal filed a response showing grounds for continuing the appeal, we would dismiss the appeal.  We have received no response.

A party may appeal only from a final judgment or an interlocutory order specifically made appealable by statute or rule.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 & n.12 (Tex. 2001); *see, e.g.*, Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (Vernon Supp. 2008) (listing appealable interlocutory orders).  Because the trial court has not signed a final judgment or appealable interlocutory order, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  February 5, 2009